# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENA VELASQUEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SVENHARD'S SWEDISH BAKERY, et al.,<br><br>　　　　Defendants. | Case No. 1:17-cv-01710-DAD-SAB<br><br>ORDER GRANTING PHILIP BLACK'S MOTION TO WITHDRAW AS ATTORNEY AND DIRECTING CLERK OF THE COURT TO TERMINATE PHILIP BLACK AS ATTORNEY FOR PLAINTIFF<br><br>(ECF No. 8) |

On January 12, 2018, Philip Black filed a motion to withdraw as counsel of record for Plaintiff. (ECF No. 8.) Plaintiff continues to be represented by other counsel in this action. Accordingly, Philip Black's motion to withdraw is HEREBY GRANTED. Further, the Clerk of the Court is DIRECTED to terminate Philip Black as attorney of record for Plaintiff.

IT IS SO ORDERED.

Dated: __**January 16, 2018**__

　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1