# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENA VELASQUEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SVENHARD'S SWEDISH BAKERY, et al., <br><br> Defendants. | Case No. 1:17-cv-01710-SAB <br><br> ORDER STRIKING PLAINTIFFS' FIRST AMENDED COMPLAINT <br><br> (ECF No. 26) |

On December 19, 2017, Plaintiff filed a complaint. On March 2, 2018, Defendants filed answers. (ECF Nos. 17-19.) On April 24, 2018, the Court held the scheduling conference, and the scheduling order issued on April 27, 2018. (ECF Nos. 21, 25.) On May 17, 2018, Plaintiffs filed a first amended complaint. (ECF No. 26.)

The scheduling order states that "[a]ny motions or stipulations requesting leave to amend the pleadings must be filed no later than **May 18, 2018**. The parties are advised that filing motions and/or stipulations requesting leave to amend the pleading does not reflect on the propriety of the amendment or imply good cause to modify the existing schedule, if necessary." (ECF No. 25 at 2.)

Plaintiffs did not file a motion or stipulation requesting leave to amend their complaint. Since Plaintiffs are not entitled to amend their complaint as a matter of course, see Fed. R. Civ. P. 15(a)(1), they are required to file a motion or stipulation requesting leave to amend their

1

complaint, see Fed. R. Civ. P. 15(a)(2). As Plaintiffs have not been granted leave to file an amended complaint at this time, the first amended complaint will be stricken from the record.

Accordingly, IT IS HEREBY ORDERED that Plaintiffs' first amended complaint (ECF No. 26) is stricken from the record.

IT IS SO ORDERED.

Dated:  **May 18, 2018**

_____
UNITED STATES MAGISTRATE JUDGE