# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENA VELASQUEZ, et al., | Case No. 1:17-cv-01710-SAB |
| Plaintiffs, | ORDER DIRECTING PARTIES TO FILE STIPULATION AND AMENDED COMPLAINT |
| v. | |
| SVENHARD'S SWEDISH BAKERY, et al., | (ECF No. 26) |
| Defendants. | |

On May 17, 2018, Plaintiffs Lorena Velasquez, Brenda Gonzalez, and Luke Howard ("Plaintiffs") filed a first amended complaint in this action which was stricken from the record for failure to request leave to amend or file a stipulation to amend. (ECF Nos. 26, 27.) On May 21, 2018, Plaintiffs filed a document entitled motion to amend. (ECF No. 28.) The Court determined that the document was a notice that Plaintiffs were seeking a stipulation from Defendants Svenhard's Swedish Bakery, Israel Sanchez, and Marcelino Chaires ("Defendants") to amend the complaint and, if no stipulation was reached, a motion to amend would be filed. The docket entry was corrected to read notice re amended complaint. Upon review of the document, the Court determined that Plaintiffs were seeking leave to file an amended complaint after the deadline established by the Court's scheduling order.

An informal telephonic hearing was held on May 24, 2018, to address Plaintiffs' request. Counsel Eric Baum appeared for Plaintiffs and counsel Susan Hatmaker appeared for

Defendants. The parties informed the Court that they had reached a stipulation to file the amended complaint.

Accordingly, IT IS HEREBY ORDERED that:

1. The Office of the Clerk is DIRECTED to correct docket entry number 28 to read "Motion to Amend Scheduling Order";
2. Plaintiffs' motion to amend the scheduling order is GRANTED; and
3. The parties shall file a stipulation to amend the complaint and an amended complaint on or before May 29, 2018.

IT IS SO ORDERED.

Dated: **May 24, 2018**

UNITED STATES MAGISTRATE JUDGE