# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENA VELASQUEZ, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SVENHARD'S SWEDISH BAKERY, et al.,<br><br>　　　　Defendants. | Case No. 1:17-cv-01710-SAB<br><br>ORDER GRANTING STIPULATION TO FILE FIRST AMENDED COMPLAINT AND DIRECTING OFFICE OF THE CLERK TO CORRECT DOCKET ENTRY<br><br>(ECF No. 32) |

On May 29, 2018, Plaintiff filed a document entitled "First Amended Complaint." (ECF No. 32.) However, the document is a stipulation to amend the complaint with the amended complaint attached as an exhibit. The Court shall direct the Clerk of the Court to correct the docket entry to accurately reflect the document filed and file the amended complaint.

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff is granted leave to file an amended complaint;
2. The Clerk of the Court is directed to correct the entry filed on May 29, 2018, (ECF No. 32) to read "Stipulation to Amend Complaint"; and
3. The Clerk of the Court is directed to file the first amended complaint as of the current date. (ECF No. 32-1.)

IT IS SO ORDERED.

Dated: __**May 30, 2018**__

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1