# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENA VELASQUEZ, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>SVENHARD'S SWEDISH BAKERY, et al.,<br><br>    Defendants. | Case No. 1:17-cv-01710-SAB<br><br>ORDER SETTING SETTLEMENT CONFERENCE |

A Settlement Conference is hereby scheduled for April 23, 2019, at 10:30 a.m. in Courtroom 7 before the United States Magistrate Judge Sheila K. Oberto. Judge Oberto will issue a subsequent order setting forth her requirements prior to the scheduled conference.

IT IS SO ORDERED.

Dated: __**February 22, 2019**__  
                                                        UNITED STATES MAGISTRATE JUDGE