## UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENA VELASQUEZ, et al., | Case No. 1:17-cv-01710-SAB |
| Plaintiffs, | ORDER DENYING INFORMAL DISCOVERY DISPUTE LETTER BRIEF WITHOUT PREJUDICE |
| v. | |
| SVENHARD'S SWEDISH BAKERY, et al., | (ECF No. 54) |
| Defendants. | |

On February 27, 2019, an order issued granting in part and denying in part Plaintiff's motion for an extension of the non-expert discovery deadline in this action. (ECF No. 53.) On March 1, 2019, Plaintiff filed an informal discovery dispute letter brief. (ECF No. 54.) Plaintiff asserts that on February 28, 2019, counsel called defense counsel to schedule the Rule 30(b)(6 deposition. Not receiving a call back, an email was sent at 3:29 p.m. and a letter was overnighted requesting that deposition take place on March 7, 2019. (ECF No. 54-1.) At 1:39 p.m. on March 1, 2019, Plaintiff filed the informal discovery dispute letter requesting that the Court intervene to schedule the deposition.

The discovery deadline in this matter has been continued to March 31, 2019, and while the Court recognizes Plaintiff's desire to complete the deposition as quickly as possible, this request was filed approximately 24 hours after Plaintiff reached out to defense counsel. If the parties are unable to reach an agreement as to the date of the deposition, Plaintiff may contact

1

Courtroom Deputy Mamie Hernandez with a date agreeable to all parties and request that an informal teleconference call be scheduled.

In an informal discovery dispute, the Court process is not for a single party to file a letter seeking the Court's intervention. For an informal dispute both sides must agree to the informal process. If informal, the parties are required to first contact Ms. Hernandez from which they obtain a date and time for the informal conference and then the informal joint letter, no more than 4 pages in length, is due at least 24 hours prior to the informal hearing. See Eastern District of California's website (www.caed.uscourts.gov) under Judges; United States Magistrate Judge Stanley A. Boone (SAB), "Case Management Procedures," then "Standard Information" and then click on "Discovery Dispute Procedures." If not jointly agreed, any party may file a motion to compel, but the parties in that scenario must comply with the "meet and confer" requirements of Local Rule 251, which has not occurred in this instance.

Since the request was filed without providing sufficient time for defense counsel to respond to the request, the Court declines to intervene at this time.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's informal discovery request is DENIED WITHOUT PREJUDICE.

IT IS SO ORDERED.

Dated: __March 4, 2019__

UNITED STATES MAGISTRATE JUDGE

2