# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENA VELASQUEZ, et al., | Case No. 1:17-cv-01710-SAB |
| Plaintiffs, | ORDER DENYING PLAINTIFFS' REQUEST FOR CONTINUANCE OF HEARING DATE |
| v. | |
| SVENHARD'S SWEDISH BAKERY, et al., | (ECF No. 60) |
| Defendants. | |

On March 28, 2019, counsel for Plaintiffs filed a letter with the Court requesting that the hearing on Defendants' pending motions for summary judgment, currently set for April 24, 2019, be continued until May 3, 2019, the same date the pre-trial conference is scheduled, due to the unavailability of counsel because of a mediation scheduled in another matter. (ECF No. 60.) The Court cannot grant such request because the Court's forthcoming decision on the pending summary judgment motions must be issued with sufficient time prior to the pre-trial conference to allow for the parties to know the status of the claims subject to the pending motions, and allow for preparation of pre-trial statements which address the status of the case following the decision on the motions.

While it is not clear whether oral argument is necessary for adjudication of the motions, the Court may be inclined to grant a minor change to the hearing date, such as one or two days before the scheduled hearing date, if the parties can agree to such change. Alternatively, counsel

is advised that they may appear telephonically for the hearing.

Accordingly, IT IS HEREBY ORDERED that Plaintiffs' request is DENIED WITHOUT PREJUDICE.

IT IS SO ORDERED.

Dated: **March 29, 2019**

UNITED STATES MAGISTRATE JUDGE