# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENA VELASQUEZ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SVENHARD'S SWEDISH BAKERY, et al.,<br><br>Defendants. | Case No. 1:17-cv-01710-SAB<br><br>ORDER RE STIPULATION TO AMEND SCHEDULING ORDER<br><br>(ECF No. 62) |

On November 11, 2018, pursuant to the stipulation of the parties, the Court amended the April 27, 2018 scheduling order (ECF No. 25) to extend the expert discovery deadline until April 19, 2019. (ECF No. 41.) Pursuant to the stipulation of the parties filed April 8, 2019 (ECF No. 62), IT IS HEREBY ORDERED that the April 27, 2018 scheduling order (ECF No. 25) is further amended as follows:

1. Expert Discovery Deadline: April 30, 2019;
2. All other dates and aspects of the April 27, 2018 scheduling order as previously amended (ECF Nos. 41, 53) shall remain in effect; and
3. The parties are advised that no further modifications to the scheduling order will be granted absent a showing of good cause.

IT IS SO ORDERED.

Dated: **April 8, 2019**

UNITED STATES MAGISTRATE JUDGE

1