# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENA VELASQUEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SVENHARD'S SWEDISH BAKERY, et al., <br><br> Defendants. | Case No. 1:17-cv-01710-SAB <br><br> ORDER STRIKING REPLY AND DIRECTING DEFENDANTS TO FILE REPLY USING CORRECT DOCKET ENTRY <br><br> (ECF No. 78) |

On April 17, 2019, Defendants filed three replies to Plaintiffs' opposition to their motion for summary judgment. In filing one of the replies, Defendant docketed the item as a "Motion for Summary Judgment". The Court shall strike the reply that was incorrectly docketed and Defendants shall refile the reply using the correct docket entry.

Accordingly, IT IS HEREBY ORDERED that the reply filed on April 17, 2019 using the incorrect docket entry (ECF No. 78) is STRICKEN FROM THE RECORD, and upon receipt of this order Defendants shall file the reply using the correct docket entry.

IT IS SO ORDERED.

Dated: **April 18, 2019**

UNITED STATES MAGISTRATE JUDGE

1