# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENA VELASQUEZ, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>SVENHARD'S SWEDISH BAKERY, et al.,<br><br>  Defendants. | Case No. 1:17-cv-01710-SAB<br><br>ORDER RE NOTICE OF SETTLEMENT AND VACATING ALL PENDING MATTERS<br><br>(ECF No. 82)<br><br>DEADLINE: MAY 24, 2019 |

On April 23, 2019, the parties participated in a settlement conference before United States Magistrate Judge Sheila K. Oberto during which they reached an agreement to settle this action. (ECF No. 81.) A minute order issued vacating all dates and requiring the parties to file a notice of settlement within two days and dispositive documents within thirty days. (Id.) On April 24, 2019, a notice of settlement was filed. (ECF No. 82.)

Accordingly, IT IS HEREBY ORDERED that:

1. All pending matters are VACATED; and
2. The parties shall file dispositive documents on or before **May 24, 2019.**

IT IS SO ORDERED.

Dated: **April 25, 2019**

  UNITED STATES MAGISTRATE JUDGE

1