# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENA VELASQUEZ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SVENHARD'S SWEDISH BAKERY, et al.,<br><br>Defendants. | Case No. 1:17-cv-01710-SAB<br><br>ORDER REQUIRING PARTIES TO SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO COMPLY WITH COURT ORDER<br><br>(ECF No. 83)<br><br>FIVE DAY DEADLINE |

On April 24, 2019, a notice of settlement was filed and the parties were ordered to file dispositive documents on or before May 24, 2019. Dispositive documents have not been filed in compliance with the order.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. <u>Bautista v. Los Angeles County</u>, 216 F.3d 837, 841 (9th Cir. 2000).

///

///

///

1

Accordingly, the Court HEREBY ORDERS THE PARTIES TO SHOW CAUSE within **five (5) days** of the date of entry of this order why dispositive documents have not yet been filed. **The parties are forewarned that the failure to show cause may result in the imposition of sanctions.**

IT IS SO ORDERED.

Dated: **May 28, 2019**

UNITED STATES MAGISTRATE JUDGE