**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENA VELASQUEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SVENHARD'S SWEDISH BAKERY, et al., <br><br> Defendants. | Case No. 1:17-cv-01710-SAB <br><br> ORDER DISCHARGING ORDER TO SHOW CAUSE <br><br> ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND REFLECT VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE <br><br> (ECF Nos. 83, 84, 85, 86) |

On April 24, 2019, a notice of settlement was filed, and the parties were ordered to file dispositive documents on or before May 24, 2019. (ECF Nos. 82, 83.) Because dispositive documents had not been filed in compliance with the Court's order, on May 28, 2019, the Court issued an order requiring the parties to show cause as to why sanctions should not be issued for the failure to comply with the previous order. (ECF No. 84.) That same day, May 28, 2019, counsel for Defendants filed a letter response to the order to show cause explaining the reason for the delay and apologizing to the Court on behalf of counsel for all parties in the matter. (ECF No. 86.) Also, on May 28, 2019, the parties filed a stipulation dismissing this action with prejudice with each party to bear its own costs and fees. (ECF No. 85.)

Given the immediate response to the order to show cause and submission of dispositive

1 | documents, the Court shall discharge the order to show cause without the imposition of
2 | sanctions. Additionally, in light of the stipulation of the parties, this action has been terminated,
3 | Fed. R. Civ. P. 41(a)(1)(A)(ii); <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997),
4 | and has been dismissed with prejudice and without an award of costs or attorney's fees.

Accordingly, IT IS HEREBY ORDERED that:

1. The order to show cause filed May 28, 2019 (ECF No. 84) is DISCHARGED;
2. This action is dismissed with prejudice and without an award of costs or attorney's fees; and
3. The Clerk of the Court shall CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated: __**May 29, 2019**__

_____
UNITED STATES MAGISTRATE JUDGE

2